UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NATESHA CRIST,

Plaintiff,

v.

WALMART, INC., et al.,

Defendants.

Case No.: 26-cv-05523-AJB-VET

**ORDER GRANTING JOINT MOTION TO ALLOW DEFENDANT WALMART INC. LEAVE TO FILE A FIRST AMENDED ANSWER**

(Doc. No. 8)

Before the Court is the Joint Motion to Allow Defendant Walmart Inc. Leave to File a First Amended Answer filed by Plaintiff Natesha Crist ("Crist") and Defendant Walmart, Inc. ("Walmart"). (Doc. No. 8.)

The parties agree that Walmart should be allowed to file a First Amended Answer pursuant to Federal Rule of Civil Procedure 15(a)(2) because Walmart "inadvertently omitted a meritorious affirmative defense form [*sic*] its Answer—specifically regarding a binding arbitration agreement." (*Id.* at 4.) The parties indicate that "[w]ithout leave to amend, Defendant will be permanently deprived of said defense in this lawsuit, which will be prejudicial to Defendant." (*Id.*) The parties thus agree that Walmart should be allowed to file a First Amended Answer. (*Id.* at 5.)

Given the joint nature of the parties' request and there being no showing that the proposed amendment would prejudice Crist, the Court **GRANTS** the joint motion. *See* Fed. R. Civ. P. 15(a)(2); *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2013).

Accordingly, the joint motion is **GRANTED**. (Doc. No. 8.) Walmart must file the clean version of its First Amended Answer on or before **November 25, 2026**.[1]

**IT IS SO ORDERED**.

Dated: November 19, 2026

Hon. Anthony J. Battaglia
United States District Judge

---

[1] Pursuant to Civil Local Rule 15.1.b., "[a]ny motion to amend a pleading must be accompanied by: (1) a copy of the proposed amended pleading, and (2) a version of the proposed amended pleading that shows – through redlining, underlining, strikeouts, or other similarly effective typographic methods – how the proposed amended pleading differs from the operative pleading." The parties did not comply with the requirement to attach a version of the proposed First Amended Answer that identifies differences between the Answer (Doc. No. 4) and the proposed First Amended Answer (Doc. No. 8-1 at 8–18.)

The parties are admonished to review the Civil Local Rules. Future motions may be denied for non-compliance.